**Dismissed and Memorandum Opinion filed March 8, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-01082-CV**

_____

**NOXXE OIL AND GAS, LLC, Appellant**

**V.**

**MUNSCH HARDT KOPF & HARR, PC, Appellee**

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2011-35780**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed November 4, 2011. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On January 25, 2011, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Seymore, Brown, and Boyce.